ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| First Street Contractors, LLC | ) ASBCA No. 63386 |
| | ) |
| Under Contract No. W912P6-20-C-0021 | ) |

APPEARANCES FOR THE APPELLANT:    Peter B. Ford, Esq.
    Lauren R. Brier, Esq.
    Eric A. Valle, Esq.
     PilieroMazza PLLC
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
    Ian T. McDaniel, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Chicago

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 11, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63386, Appeal of First Street Contractors, LLC, rendered in conformance with the Board's Charter.

Dated: April 11, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals